**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | |
|---|---|
| JOSE LUIS ARREOLA, ) | |
| ) | |
| Plaintiff ) | Civil Action File No. |
| vs. ) | 1:19-cv-24624-MGC |
| ) | |
| RECEIVABLE MANAGEMENT GROUP., INC., ) | |
| and INTELLIRAD IMAGING, LLC ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANT RECEIVABLE MANAGEMENT GROUP, INC.'S
## RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM

COMES NOW Defendant Receivable Management Group, Inc., ("RMG") and pursuant to this Court's Order on November 20, 2019 (ECF No. 5) and responds to Plaintiff's Statement of Claim (ECF No. 12) as follows:

RMG does not contest that Plaintiff's account was a workers' compensation debt and that it sent the letter dated February 12, 2019. Therefore, RMG admits that its letter of February 12, 2019 is a technical violation of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq* and the Florida Consumer Collection Practices Act ("FCCPA"), Fla. Stat. § 559.55 *et seq*. Plaintiff is not seeking actual damages; therefore, he is limited to recovery of only statutory damages under the FDCPA and FCCPA. This single letter to Plaintiff was not a frequent, persistent or intentional violation of either the FDCPA or FCCPA. Regardless, RMG is willing to resolve Plaintiff's FDCPA and FCCPA for the statutory maximum of $1,000 for each law - $2,000 total in statutory damages.

The only unresolved issue as to Defendant RMG is the reasonableness of Plaintiff's attorney's fees and costs in connection with his claim against RMG.. Under both the FDCPA and

- 2 -

FCCPA a successful plaintiff may recover their reasonable attorney's fees and costs. See, 15 U.S.C. § 1692k(a)(3) and Fla. Stat. § 559.77(2). On December 23, 2019, RMG's counsel requested an itemization of the amount of fees and costs that Plaintiff has incurred to date.. Plaintiff's counsel has not provided those amounts as of the time of filing this statement. This is not a complex case, yet, Plaintiff has retained three separate law firms and four different attorneys are handling the case.

**THE LAW OFFICE OF RONALD S. CANTER, LLC**

/s/ Ronald S. Canter
Ronald S. Canter, Esquire
Bar # 335045
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile: (301) 424-7470
rcanter@roncanterllc.com
*Attorney for Defendant Receivable Management Group, Inc.*

**OF COUNSEL TO**
**BEDARD LAW GROUP, P.C.**

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by Electronic Notification pursuant to ECF procedures on this 9th day of January 2020 to:

Jibrael Hindi
The Law Offices of Jibrael S. Hindi
110 SE 6th St.
17th Floor
Fort Lauderdale, Florida 33301
jibrael@libraellaw.com

Paul Herman
Consumer Advocates Law Group, PLLC
11A-560
4801 Linton Blvd.
Delray Beach, Florida 33445
Paherman1956@gmail.com

Joel Brown
The Fair Credit Law Group, LLC
2541 SW 27 Ave
Suite 300
Miami, Florida 33133
joelb@fclawgroup.com

Thomas Patti, III
The Law Offices of Jibrael S. Hindi
110 SE 6th St.
17th Floor
Fort Lauderdale, Florida 33301
tom@jibraellaw.com

Marissa D. Kelley
Lewis Brisbois Bisgaard & Smith, LLP
110 SE 6th Street
Suite 2600
Fort Lauderdale, FL 33301
marissa.kelley@lewisbrisbois.com

/s/ Ronald S. Canter
Ronald S. Canter, Esquire
*Attorney for Defendant Receivable Management Group, Inc.*