IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| JOSE LUIS ARREOLA,          )<br>)<br>    Plaintiff          )<br>vs.          )<br>)<br>RECEIVABLE MANAGEMENT GROUP., INC.,          )<br>and INTELLIRAD IMAGING, LLC          )<br>)<br>    Defendants.          )<br>_____)  | Civil Action File No.<br>1:19-cv-24624-MGC |

## NOTICE OF COMPLIANCE WITH COURT ORDER [D.E. 5]

Defendant Intellirad Imaging, LLC gives notice that it has complied with this Court's Order dated November 20, 2019 [D.E. 5] by filing on January 9, 2020 its response [D.E. 18] to Plaintiff's Statement of Claim. [D.E. 12].

## CERTIFICATE OF SERVICE

I CERTIFY that on January 9, 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                        Respectfully submitted,

                        **LEWIS BRISBOIS BISGAARD & SMITH LLP**
                        *Counsel for Intellirad Imaging, LLC*
                        110 SE 6th Street, Suite 2600
                        Fort Lauderdale, FL 33301
                        Telephone: 954.728.1280
                        Facsimile: 954.728.1282
                        BY: */s/ Marissa D. Kelley*
                               MARISSA D. KELLEY (FBN 379300)
                               marissa.kelley@lewisbrisbois.com
                               E-Service: ftlemaildesig@lewisbrisbois.com